NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000188**
**22-SEP-2014**
**04:20 PM**

NO. CAAP-12-0000188

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PI-JU CHRISTINA LIU, Plaintiff-Appellant, v.
PACIFIC RADIATION ONCOLOGY, LLC; VINCENT C. BROWN;
PAUL A. DEMARE; THANH B. HUYNH; JOHN L. LEDERER;
and LAETON J. PANG, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2978-12 KTN)

ORDER APPROVING THE SEPTEMBER 17, 2014 STIPULATION
FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of
All Claims and Parties With Prejudice (**Stipulation for Dismissal**)
filed on September 17, 2014, by Defendants-Appellees, the papers
in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and Appeal No. CAAP-12-0000188 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, September 22, 2014.

Chief Judge

Associate Judge

Associate Judge

2